AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Western__ District of __Wisconsin__

United States of America,
                  Plaintiff (s),
V.
Omar Velazquez
                  Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 12-CR-62 (BBC)

Notice is hereby given that, subject to approval by the court, __Omar Velazquez__ (Party (s) Name) substitutes __Attorneys Patrick W. Blegen and Thomas G. Wilmouth__ (Name of New Attorney), State Bar No. __1011746__ as counsel of record in place of __William Richard Jones__ (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

    Firm Name: Thomas G. Wilmouth
    Address: 7 N. Pinckney Street, Suite 50 D
    Telephone: (608) 835-6390    Facsimile: (608) 835-6358
    E-Mail (Optional): tom.wilmouth@gmail.com

I consent to the above substitution.
Date: 6/3/2012 O.V.

*(Signature of Party (s))*

I consent to being substituted.
Date: 5/31/2012

*(Signature of Former Attorney (s))*

I consent to the above substitution.
Date: 5/31/2012

*(Signature of New Attorney)*

The substitution of attorney is hereby approved and so ORDERED.

Date: 6-11-12, NPT   5/31/2012

*Judge*

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]